SHADUR, District Judge,
concurring.
In this instance the thoughtful opinions by Judge Lipez and Chief Judge Boudin put me in mind of the old saw about the politician who says of a controversial issue, “Some of my friends are in favor of X, and some of my friends are in favor of Y, and I’m in favor of my friends.” Both opinions reach the same destination, albeit by different routes, and at the end of the day I share their common conclusion that the Commonwealth’s legitimate interest in pursuing a possible criminal prosecution cannot override the legitimate policy concerns of the United States, as the ultimate sovereign, in not unduly exposing its own law enforcement techniques and personnel against its wishes.
In that respect Congress has permissibly acted to limit judicial review of those policy concerns to the standards applicable under the APA, and the Commonwealth has not surmounted the high hurdle that statute prescribes. Hence I concur in the *74 conclusion reached in each of the two opinions.